COPY

Honorable Charley Lockhart
State Treasurer
Austin, Texas

Dear Mr. Lockhart:          Attention:  Mr. H. Morris Stevens

Opinion No. 0-2180
Re:; Does a National bank in
     liquidation have the same
     legal status as a live
     National bank so as to ex-
     empt the deeds of trust
     thereof from the tax pro-
     vided by Article 7047e, as
     amended by S. B. 24, 46th
     Legislature?

          We beg to acknowledge receipt of your letter
of April 4, 1940, submitting for a legal opinion the
following case:

          "The Liquidating Agent for the
          State National Bank of San Antonio,
          Texas, which is in voluntary liquida-
          tion, wishes to file for record a
          deed of trust executed by the F. & N.
          Railway Company given in renewal and
          extension of a note for $215,000.00
          payable to the State National Bank.
          The original deed of trust was first
          filed for record in 1923; the last
          renewal extension was filed in 1933.
          Would a National Bank in liquidation
          have the same legal status as a live
          National bank so as to exempt the
          aforementioned instrument fromthe
          tax provided by Article 7047-e, V. A.
          C. S., as amended by Senate Bill num-
          ber 24, 46th Legislature."

National banking associations, as instrumentalities of the Federal Government, are exempted from the stamp tax imposed by H. B. 24, 46th Legislature, regular session (Article 7047e Vernon's Annotated Civil Statutes). This exemption is as broad as the necessity for registration of mortgage or lien is broad, and exists in all cases where the association finds it necessary, or thinks it proper to register or record the instrument.

The fact, therefore, that the association is in the process of liquidation can make no difference. The fact that an association is insolvent, or even actually in the process of liquidation, does not dissolve the corporate existence. It is still an incorporated association. (See Ross Amigos Oil Co. vs. State of Texas, decided by the Court of Civil Appeals for the Third District, and not as yet reported).

Yours very truly

ATTORNEY GENERAL OF TEXAS

By

Ocie Speer
Assistant

OS-MR-WLT

APPROVED APR 16, 1940
Gerald C. Mann
ATTORNEY GENERAL OF TEXAS

APPROVED OPINION COMMITTEE BY BWB CHAIRMAN